UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jack C. Chilingirian
       Petitioner

V.

David L. Winn, Warden Federal Medical Center

       Respondent

CIVIL ACTION

NO. <u>05-10005</u>

## O R D E R

Lindsay, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization .

It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.

1/5/04
_____
Date

       <u>/s/ Reginald C. Lindsay</u>
       United States District Judge

(2241serv.ord - 09/96)

[2255serv.]