January 27, 2005

Hon. Reginald C. Lindsay
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

ATTN:    Clerk of the Court

RE:      Jack C. Chilingirian v. David L. Winn
         Civil Action No. 05-10005-RCL

Dear Madam/Sir:

On January 3, 2005 I commenced the above captioned matter seeking relief pursuant to 28 USC §2241 & §2243. As of the date of the filing of this letter with your offices and that of the District Court Clerk's Office I have not been informed as to whether a show cause has been issued by the Court directing the Respondent to file an answer to the request for habeas relief.

Further on January 16, 2005 I filed a Motion to Allow Petitioner to Effect Service of Process Pursuant to FRCP 4. Again, as of this date no response to the Motion has been forthcoming from the Office of the U.S. Attorney.

Can you please apprise me as to whether the Court has acted on the request to allow service of the Petition upon the Respondent, the U.S. Attorney for the District of Massachusetts and the Attorney General of the United States, as well as authorizing the show cause which is a part of the initial filing.

Thank you for your courtesy in this matter. The reason for the urgency in this matter is based upon the calculation of **"good time"** credits which relate to my release date which will occur later this year. I await the Court's consideration to the requests noted in this communication.

Sincerely,

*[signature]*

JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER DEVENS
P.O. BOX 879
AYER, MA. 01432

cc:    U.S. Attorney's Office District of Massachusetts
       U.S. District Court Clerk's Office District of Massachusetts