FILED
January 27, 2005
IN CLERKS OFFICE

2005 JAN 28 ⊐ 1: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

ATTN:    Clerk of the Court

RE:      Jack C. Chilingirian v. David L. Winn
         Civil Action No. 05-10005-RCL

Dear Madam/Sir:

I have received a copy of the docket entries which I had requested
in reference to the above noted case.

On January 5, 2005, Judge Lindsay entered a Service Order-Docket
Entry *2.  I would appreciate receiving a copy of that Order.

Also, there is a notation after the entry of Docket No. 4 that a
return receipt was received for Certified Mail Sent to Frank Crowley.
Can you please identify who Mr. Crowley is and whether the U.S.
Attorney's Office has in fact been served.

A duplicate copy of this letter is enclosed to be date-stamped
and returned to me in the self-addressed postage pre-paid envelope
which I am sending for your convenience.  Please include a copy
of the above noted order as well.

Please make notations on the duplicate copy of this letter in con-
firming the status of service on the U.S. Attorney's Office.

Thank you for your courtesy in this matter.

Sincerely,

JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.  Duplicate of this Letter/Self-Addressed
       Postage Pre-Paid envelope