February 2, 2005

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

IN CLERKS OFFICE

2005 FEB -3  P 12: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

ATTN:   Don Stanhope, Deputy Clerk

RE:     Jack C. Chilingirian v. David L. Winn
        Civil Action No. 05-10005-RCL

Dear Mr. Stanhope:

I thank you for your note advising me of the identity of Mr. Frank Crowley as the head of Immigration and Naturalization Office. I also appreciate the copy of the Order dated January 5, 2005 (which is misdated as 1/5/04 on the face of the Order) which indicates that the Clerk's Office is to serve a copy of the Petition upon the Office of the United States Attorney General and the U.S. Attorney's Office.

In examining the docket entries I note that no effort has been made to accomplish such service, even though some 27 days have elapsed since the entry of the Order. Can you provide me with an explanation as to why this does not appear on the docket entries, and if your office has not sent the copies of the Petition to the remaining individuals that are required to be served, when they will in fact be sent the required documents?

I also note that the Order of January 5,(sic) 2005 allows the Government 60 days to respond to the Petition when in fact Docket Entry No. 2 states that the responsive pleading is due within 20 days of the receipt of the documents. Can you advise as to the nature of the discrepancy?

It is important that I be apprised of the actual events and when service is to be accomplished. This case involves good-time credits which the BOP has refused to authorize on my behalf. Every day that this case is delayed prejudices me in reference to a final resolution.

I thank you in advance for responding to my inquiries. A duplicate of this letter is enclosed to be date stamped and returned in the self-addressed postage pre-paid envelope.

Sincerely,

Jack C. Chilingirian
JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.