March 3, 2005

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

ATTN:   Clerk of the Court

RE:    Jack C. Chilingirian v. David L. Winn
       Civil File No. 05-10005-RCL

Dear Madam/Sir:

On March 2, 2005 I received a copy of an Order Finding Moot my Motion to Allow Petitioner to Effect Service of Process Pursuant to FRCP 4 because service has been made and nothing further is required.

Please forward a copy of the latest docket entries in reference to the above captioned case in the self-addressed postage pre-paid envelope which is enclosed for your convenience.

Thank you for your courtesy in this matter.

Sincerely,

JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.