UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK C. CHILINGIRIAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     Civ. No. 05-CV-10005-RCL |
| | ) |
| DAVID L. WINN, WARDEN, | ) |
| | ) |
| Respondent. | ) |

MOTION OF RESPONDENT DAVID L. WINN TO DISMISS

The Respondent David L. Winn, through his undersigned counsel hereby moves,

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Petition

For Writ of Habeas Corpus under 28 U.S.C. § 2241. In support of this motion, the

Respondent submits the accompanying Memorandum of Respondent David L. Winn in

Opposition to Petitioner's Request for Relief and in Support of Respondent's Motion to

Dismiss, and the Declaration of FMC Devens Paralegal Trainee Stephanie J. Scannell.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Jennifer C. Boal
       JENNIFER C. BOAL
       Assistant U.S. Attorney
       John Joseph Moakley U. S. Courthouse
       One Courthouse Way, Suite 9200
       Boston, Massachusetts 02210
March 9, 2005        617-748-3310

<u>CERTIFICATE PURSUANT TO LR. 7.1(A)(2)</u>

The Respondent submits that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding <u>pro</u> <u>se</u> and is incarcerated. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

 /s/   Jennifer C. Boal
Jennifer C. Boal

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document , as well as the accompanying Memorandum of Law and Declaration described above, were served upon Petitioner Jack C. Chilingirian, Reg. No. 22512-039, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

March 9, 2005                                       /s/ Jennifer C. Boal
Jennifer C. Boal