March 10, 2005 ~~CLERKS~~ OFFICE

2005 MAR 11 P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

United states district Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

ATTN:  Clerk of the Court

RE:    Jack C. Chilingirian v.  David L. Winn
       Civil File No. 05-10005-~~MEL~~ RCi

Dear Madam/Sir:

On March 3, 2005 I forwarded a letter to your offices asking for
copies of the docket entries in reference to the above captioned
case.  As of the date of mailing this letter I have not received
those docket entries from your offices.

I need them to confirm that service of process has been properly
accomplished in connection with Judge Laskers Order of  January 5,
2005.

Please forward an updated list of docket entries in the self-addressed
postage pre-paid envelope which is enclosed for your convenience.

Thank you for your immediate attention to this request.

Sincerely,

JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.  Self-Addresseed  Postage Pre-Paid Envelope