UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -6  P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

JACK C. CHILINGIRIAN,

    Petitioner,

vs.,

CIVIL FILE NO. 05-cv-10005-RCL

HON. REGINALD C. LINDSAY, USDJ

DAVID L. WINN, Warden
FEDERAL MEDICAL CENTER DEVENS

    Respondent.

------------------------------------------------/

## NOTICE OF CHANGE OF ADDRESS

NOW COMES the above named Respondent, JACK C. CHILINGIRIAN and hereby informs the Court that as of March 25, 2005, that the address of the Pettiioner is:

JACK C. CHILINGIRIAN
20 CRESCENT LANE
BREWSTER, MA. 02631

All future notices and pleadings should be mailed to the above recited address.

DATED:  April 5, 2005

RESPECTFULLY SUBMITTED

*/s/ Jack C. Chilingirian*
JACK C. CHILINGIRIAN
20 CRESCENT LANE
BREWSTER, MA. 02631
TELE: 508-896-8696

## CERTIFICATE OF SERVICE

I, JACK C. CHILINGIRIAN, hereby certify that on the 5th day of April I snt a copy of the NOTICE OF CHANGE OF ADDRESS to the office of JENNIFER C. BOAL, AUSA at 1 Courthouse Way Suite 9200 Boston, MA. 02210 in an envelope sent first-class mail with Postage pre-paid.

DATED:  April 5, 2005

RESPECTFULLY SUBMITTED,

*/s/ Jack C. Chilingirian*
JACK C. CHILINGIRIAN