**Jack C. Chilingirian**
20 Crescent Lane
Brewster, Ma. 02631

Phone: (508) 896-8696
Fax: (508) 896-8998
jccchil@yahoo.com

FILED
CLERKS OFFICE

2005 APR -6  P 2: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 5, 2005

Hon. Reginald C. Lindsay
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

ATTN:   Clerk of the Court

RE:   Chilingirian v. Winn
       Civil File # 1:05-cv-10005-RCL

Dear Clerk of the Court:

On April 4, 2005 a copy of the Order Granting my Motion for Extension of Time to file a Reply to the Motion to Dismiss was received by me at my new address in Brewster, Massachusetts.

On March 24, 2005 I was released from custody by order of the Sixth Circuit Court of appeals and the District Court Judge in Detroit, Michigan.

Subsequently I was required to report to the Probation Department in Detroit, Michigan. This occurred on March 28, 2005. I returned to Massachusetts on April 3, 2005.

As a result of these events I have been unable to file my reply on A timely basis. In addition I have been unable to retrieve relevant Documents from the Bureau of Prisons to submit with my pleadings.