UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACK C. CHILINGIRIAN,

    Petitioner,

v.                                                                      Civil File No. 05-cv-10005-RCL

DAVID L. WINN, WARDEN,                              Hon. Reginald C. Lindsay, USDJ
FMC DEVENS,

    Respondent.

-----------------------------------------------------------/

### PETITIONER'S ANSWER TO RESPONDENT'S MOTION TO DISMISS

NOW COMES the above named Petitioner, JACK C. CHILINGIRIAN, Pro Se and hereby files his Answer to Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus filed under 28 USC Section 2241 and in support of this Answer relies upon the accompanying Memorandum of Law and the Declaration of the Petitioner JACK C. CHILINGIRIAN.

DATED:   APRIL 18 ,2005                         RESPECTFULLY SUBMITTED,

                                                                                            JACK C. CHILINGIRIAN

                                                                                            20 CRESCENT LANE

                                                                                            BREWSTER, MA. 02631

                                                                                            508-896-8696

## CERTIFICATE OF SERVICE

I, JACK C. CHILINGIRIAN, Petitioner in the above entitled action hereby certifies that on the 18th day of April, 2005, that I mailed a copy of the foregoing Answer to Respondent's Motion to Dismiss, as well as the accompanying Memorandum of Law and the Declaration of Jack Chilingirian in an envelope sent first-class mail with postage pre-paid and addressed to: JENNIFER C. BOAL, Asst. U.S. Attorney 1 Courthouse Way Suite 9200 Boston, Massachusetts 02210.

DATED: APRIL 18th, 2005

RESPECTFULY SUBMITTED,

_____
JACK C. CHILINGIRIAN