## Jack C. Chilingirian
*20 Crescent Lane*
*Brewster, Ma. 02631*

*Phone: (508) 896-8696*
*Fax: (508) 896-8998*
*Email: jccchil@yahoo.com*

**August 8, 2005**

**Hon. Reginald C. Lindsay**
**United States District Judge**
**District of Massachusetts**
**1 Courthouse Way**
**Boston, MA. 02210**

**ATTN:  Clerk of the Court**

**RE:      Jack C. Chilingirian v. David L. Winn**
**           Ciivl File No. 05-cv-10005-RCL**

**Dear Clerk of the Court:**

**On March 9, 2005 the Respodent filed a Motion to Dismiss.  On April 18, the undersigned filed a Response and Memorandum in opposition.**

**As of the date of the mailing of this letter I have not been advised as to the status of the above captioned case.**

**I am respectfully requesting to be notified as to whether the Court has rendered an opinion in connection with the above captioned matter.**

**Thank you for your courtesy and cooperation in this regard.**

**Sincerely,**

**JACK C. CHILINGIRIAN**