UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JACK CHILINGIRIAN**

V.                                          **CIVIL ACTION NO. 05-10005-RCL**

**DAVID WINN**

### ORDER OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of October 6, 2005 mooting the motion to dismiss of the defendant; it is hereby ORDERED:

The Petition is dismissed as MOOT.

October 17, 2005

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk