UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JACK C. CHILINGIRIAN,

    Petitioner,

v.

DAVID L. WINN, WARDEN,

    Respondent.

Civil File No. 05-cv-10005-RCL

Hon. Reginald C. Lindsay, USDJ

**NOTICE OF CHANGE OF ADDRESS**

NOW COMES the above named Petitioner, JACK C. CHILINGIRIAN, and hereby informs the Court that as of October 18, 2005, that his address is:

    JACK C. CHILINGIRIAN
    22512-039 UNIT I (CAMP)
    FEDERAL MEDICAL CENTER DEVENS
    P.O. BOX 879
    AYER, MA. 01432

Respectfully Submitted,

_/s/ Jack C. Chilingirian_
JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
Federal Medical Center Devens
P.O. Box 879
AYER, MA. 01432

Dated: October 18, 2005

**CERTIFICATE OF SERVICE**

I, JACK C. CHILINGIRIAN, herby certify that on the 18th day of October, 2005, I sent a copy of the NOTICE OF CHANGE OF ADDRESS to the office of JENNIFER C. BOAL, AUSA AT 1 Courthouse Way Suite 9200, Boston, MA. 02210 in an envelope sent first-class mail with postage pre-paid.

DATED: OCTOBER 18, 2005

_/s/ Jack C. Chilingirian_
JACK C. CHILINGIRIAN