UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                       )
JACK C. CHILINGIRIAN,                      )
                                                       )
    Petitioner,                                   )
                                                       )
v.                                                    )    Civ. No. 05-CV-10005-RCL
                                                       )
DAVID L. WINN, WARDEN,              )
                                                       )
    Respondent.                              )
_____

### MOTION OF RESPONDENT DAVID L. WINN FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION TO REOPEN

    The Respondent David L. Winn, through his undersigned counsel hereby moves, for an extension of time within which to respond to the motion of Petitioner, Jack C. Chilingirian, to reopen this case. On October 18, 2005, the United States Attorney's Office received Petitioner's Motion to Set Aside Order of Dismissal and Reinstate Cause of Action for Habeas Relief. Accordingly, Respondent Winn's answering papers would be due pursuant to Local Rule 7.1(B)(2) on or about October 25, 2005. In order to adequately address the issues raised by the Petitioner's motion, the Respondent respectfully requests that the Court allow him an additional two weeks, or until

November 8, 2005, to file a response.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                      By:   /s/ Jennifer C. Boal
                            JENNIFER C. BOAL
                            Assistant U.S. Attorney
                            John Joseph Moakley U. S. Courthouse
                            One Courthouse Way, Suite 9200
                            Boston, Massachusetts 02210
October 24, 2005             617-748-3310

## CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

     The Respondent submits that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

                                        /s/   Jennifer C. Boal
                                        Jennifer C. Boal

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document , as well as the accompanying Memorandum of Law and Declaration described above, were served upon Petitioner Jack C. Chilingirian, Reg. No. 22512-039, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

October 24, 2005                                  /s/ Jennifer C. Boal
                                                  Jennifer C. Boal