March 29, 2006

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA. 02210

FILED
IN CLERKS OFFICE

2006 MAR 30  A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

ATTN:   Clerk of the Court

RE:   Jack C. Chilingirian v. David L. Winn
      Civil Action No. 05-CV-10005-RCL

Dear Madam/Sir:

I have received a copy of the Notice of Electronic Filing of the Order Denying Petitioner's Motion to set Aside Order of Dismissal and Reinstate Cause of Action for Habeas Relief in reference to the above captioned case, which was entered on March 22, 2006.

I would appreciate receiving a copy of the Final Order for purposes of filing a Notice of Appeal to the First Circuit. In addition, I would ask that a copy of the Docket Entries to date be furnished to me as well.

I am enclosing a self-addressed postage pre-paid envelope for your convenience in this regard.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

JACK C. CHILINGIRIAN
22512-039 UNIT I (CAMP)
FEDERAL MEDICAL CENTER DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.   Self-Addressed Postage Pre-Paid Envelope