UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACK C. CHILINGIRIAN,

    Petitioner,

vs.

DAVID L. WINN, WARDEN
FEDERAL MEDICAL CENTER DEVENS,

    Respondent.

_____/

CIVIL ACTION NO. 05-CV-10005-RCL

FILED
CLERKS OFFICE
2006 APR 18 P 3: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

### NOTICE OF APPEAL

Notice is hereby given that JACK C. CHILINGIRIAN, Petitioner, Pro Se hereby appeals to the United States Court of Appeals for the First Circuit from the Order Denying Petitioner's Motion to Set Aside Order of Dismissal and Reinstate Cause of Action for Habeas Relief which was entered on the 22nd day of March, 2006 by the Honorable Reginald C. Lindsay, United States District Judge for the District of Massachusetts. A copy of the Order is attached. The First Circuit has jurisdiction pursuant to 28 USC §1291 because this is an appeal from a Final Order of the District Court. Pursuant to Rule 18.3 of the Rules of the United States Supreme Court the Petitioner intends to file a Petition for Writ of Certiorari before Judgment in the First Circuit Court of Appeals.

APRIL 17, 2006

                                      RESPECTFULLY SUBMITTED,

                                      *[signature]*
                                      JACK C. CHILINGIRIAN, PETITIONER
                                      22512-039 UNIT I (CAMP)
                                      FEDERAL MEDICAL CENTER DEVENS
                                      P.O. BOX 879
                                      AYER, MA. 01432

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 3/22/2006 at 6:51 PM EST and filed on 3/22/2006
Case Name: Chilingirian v. Winn
Case Number: 1:05-cv-10005
Filer:
WARNING: CASE CLOSED on 10/17/2005
Document Number:

Docket Text:
Judge Reginald C. Lindsay : ORDER entered denying [25] MOTION to Set Aside Order of Dismissal And Reinstate Cause Of Action For Habeas Relief by Jack C. Chilingirian. It is futile for the court to reopen this case, because the relief sought by the petitioner on the merits is foreclosed by the decision of the United States Court of Appeals, First Circuit in Perez-Olivo v. Chavez, 394 F.3d 45, 53 (1st Cir. 2005). (Lindsay, Reginald)

The following document(s) are associated with this transaction:


1:05-cv-10005 Notice will be electronically mailed to:

Jennifer C. Boal    jennifer.boal@usdoj.gov, ellen.souris@usdoj.gov; usama.ecf@usdoj.gov

1:05-cv-10005 Notice will not be electronically mailed to:

Jack C. Chilingirian
22512-039
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

## CERTIFICATE OF SERVICE

I, JACK C. CHILINGIRIAN, Petitioner in the above captioned case hereby certifies that on the 17th day of April, 2006 a copy of the Notice of Appeal to the First Circuit Court of Appeals was sent by first-class mail with postage pre-paid in an envelope addressed to JENNIFER C. BOAL, AUSA  1 COURTHOUSE WAY SUITE 9200 BOSTON, MA. 02210

DATED:  APRIL  17, 2006                                RESPECTFULLY SUBMITTED,

                                                       _____
                                                       JACK C. CHILINGIRIAN
                                                       22512-039 UNIT 1 (CAMP)
                                                       FEDERAL MEDICAL CENTER DEVENS
                                                       P.O. BOX 879
                                                       AYER, MA. 01432