# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10005

Jack C. Chilingirian

v.

David L. Winn, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-33

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/4/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10005-RCL

Chilingirian v. Winn
Assigned to: Judge Reginald C. Lindsay
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 01/03/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jack C. Chilingirian**   represented by **Jack C. Chilingirian**
22512-039
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**Warden David L. Winn**   represented by **Jennifer C. Boal**
*Warden Federal Medical Center,*   United States Attorney's Office
*Devens*   John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Email: jennifer.boal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/03/2005 | 1 | PETITION for Writ of Habeas Corpus 2241 $ 5, receipt number 61143, filed by Jack C. Chilingirian. (Attachments: # 1 Civil Cover Sheet)(Stanhope, Don) (Entered: 01/05/2005) |
| 01/03/2005 |  | If the trial Judge issues an Order of Reference of any matter in |

| | | |
|---|---|---|
| | | this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Stanhope, Don) (Entered: 01/05/2005) |
| 01/05/2005 | 2 | Judge Reginald C. Lindsay : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Stanhope, Don) (Entered: 01/05/2005) |
| 01/06/2005 | | Remark- Certified copy of 2241 petition was sent via certified mail to United States Attorney's Office and the office of Immigration and Naturalization. (Stanhope, Don) (Entered: 01/07/2005) |
| 01/12/2005 | 3 | MOTION To Allow Petitioner to Effect Service of Process by Jack C. Chilingirian.(Stanhope, Don) (Entered: 01/14/2005) |
| 01/12/2005 | 4 | MEMORANDUM of Law in Support of 3 MOTION To Allow Petitioner to Effect Service of Process filed by Jack C. Chilingirian. (Stanhope, Don) (Entered: 01/14/2005) |
| 01/13/2005 | | Return receipt received for Certified mail sent to Frank Crowley Delivered on 1/12/5. (Stanhope, Don) (Entered: 01/14/2005) |
| 01/28/2005 | 5 | Letter from Jack C. Chilingirian Regarding Whether a Show of Cause has Been Issued. (Stanhope, Don) (Entered: 01/31/2005) |
| 01/28/2005 | 6 | Letter from Jack C. Chilingirian regarding Service Order entered on 1/5/05. (Stanhope, Don) (Entered: 01/31/2005) |
| 01/31/2005 | | Remark- A copy of the Docket Sheet was sent to Jack C. Chilingirian on 1/31/04, along with a certified copy of the 1/5/05 Service Order. (Stanhope, Don) (Entered: 01/31/2005) |
| 02/03/2005 | 7 | Letter from Jack C. Chilingirian Regarding Service of Petition. (Stanhope, Don) (Entered: 02/07/2005) |
| 02/09/2005 | 8 | Letter from Jack C. Chilingirian, regarding Service on U.S. Attorney's Office. (Attachments: # 1 Exhibit 1)(Stanhope, Don) (Entered: 02/14/2005) |
| 02/15/2005 | | Remark- A Copy of the Docket Sheet was sent to Jack C. Chilingirian on 2/15/05. (Stanhope, Don) (Entered: 02/15/2005) |

| | | |
|---|---|---|
| 02/16/2005 | 9 | Letter from Jack C. Chilingirian, regarding service of 2241 Petition. (Stanhope, Don) (Entered: 02/23/2005) |
| 02/16/2005 | 10 | MOTION to Direct Clerk of the Court to Comply with Order Directing Service of Process. filed by Jack C. Chilingirian. (Stanhope, Don) (Entered: 02/23/2005) |
| 02/16/2005 | 11 | Brief in Support of 10 MOTION to Direct Clerk of the Court to Comply with Order Directing Service of Process. filed by Jack C. Chilingirian. (Stanhope, Don) (Entered: 02/23/2005) |
| 02/24/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 3 Motion to Allow Petitioner to Effect Service of Process Pursuant to FRCP 4 because service has been made and nothing further is required. (Hourihan, Lisa) (Entered: 02/24/2005) |
| 03/04/2005 | 12 | Letter from Jack C. Chilingirian, regarding Order received finding Moot his Motion to Allow Petitioner to Effect Service of Process. (Stanhope, Don) (Entered: 03/07/2005) |
| 03/09/2005 | 13 | MOTION to Dismiss by David L. Winn.(Boal, Jennifer) (Entered: 03/09/2005) |
| 03/09/2005 | 14 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by David L. Winn. (Attachments: # 1 # 2)(Boal, Jennifer) (Entered: 03/09/2005) |
| 03/11/2005 | 15 | Letter from Jack C. Chilingirian, regarding service. (Stanhope, Don) (Entered: 03/17/2005) |
| 03/11/2005 | 16 | MOTION for Extension of Time to File Answer to 13 Respondent's MOTION to Dismiss filed by Jack C. Chilingirian.(Stanhope, Don) (Entered: 03/17/2005) |
| 03/22/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 10 Motion to Direct Clerk of the Court to Comply with Order Directing Service of Process. Responsive pleading has been filed by the defendant. (Hourihan, Lisa) (Entered: 03/22/2005) |
| 03/28/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 16 Motion for Extension of Time to File Response/Reply re 13 MOTION to Dismiss Responses due by 4/4/2005 (Hourihan, Lisa) (Entered: 03/28/2005) |
| 04/06/2005 | 17 | NOTICE of Change of Address filed by Jack C. Chilingirian (Stanhope, Don) (Entered: 04/07/2005) |

| | | |
|---|---|---|
| 04/06/2005 | 18 | Letter from Jack C. Chilingirian seeking extension of time. (Stanhope, Don) (Entered: 04/07/2005) |
| 04/11/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered. Granting 18 Letter Requesting Extension of Time to Reply to Motion to Dismiss. Response due April 18, 2005.(Stanhope, Don) (Entered: 04/12/2005) |
| 04/20/2005 | 19 | Petitioners Answer to 13 Respondent's MOTION to Dismiss filed by Jack C. Chilingirian. (Stanhope, Don) (Entered: 04/21/2005) |
| 04/20/2005 | 20 | Petitioner's MEMORANDUM in Opposition to 13 Respondent's MOTION to Dismiss filed by Jack C. Chilingirian. (Stanhope, Don) (Entered: 04/21/2005) |
| 04/20/2005 | 21 | DECLARATION of Jack C. Chilingirian. (Stanhope, Don) (Entered: 04/21/2005) |
| 08/16/2005 | 22 | Letter/request (non-motion) from Jack C. Chilingirian. (York, Steve) (Entered: 08/16/2005) |
| 10/06/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered finding as moot 13 Motion to Dismiss. The petitioner has indicated, in response to this motion, and that he has been released on bail from the custody of the Bureau of Prisons pending resentencing under Booker. Because the resentencing may result in entirely new provisions as to imprisonment and supervised release, there is no live issue now before the court regarding the calculation of good time credits. The clerk shall enter an order dismissing this petition as moot. (Lindsay, Reginald) (Entered: 10/06/2005) |
| 10/17/2005 | 23 | Judge Reginald C. Lindsay : ORDER entered. ORDER DISMISSING CASE(Hourihan, Lisa) (Entered: 10/17/2005) |
| 10/18/2005 | 24 | NOTICE of Change of Address by Jack C. Chilingirian (York, Steve) (Entered: 10/18/2005) |
| 10/19/2005 | 25 | MOTION to Set Aside Order of Dismissal And Reinstate Cause Of Action For Habeas Relief. by Jack C. Chilingirian. (York, Steve) (Entered: 10/19/2005) |
| 10/24/2005 | 26 | MOTION for Extension of Time to 11/8/05 to File Response/Reply by David L. Winn.(Boal, Jennifer) (Entered: 10/24/2005) |
| 10/25/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered |

|  |  |  |
|---|---|---|
|  |  | granting 26 Motion for Extension of Time to File Response/Reply re 25 MOTION to Set Aside Responses due by 11/8/2005 (Hourihan, Lisa) (Entered: 10/25/2005) |
| 11/08/2005 | 27 | Opposition re 25 MOTION to Set Aside filed by David L. Winn. (Boal, Jennifer) (Entered: 11/08/2005) |
| 11/21/2005 | 28 | Petitioner's reply to Respondent David L. Winn's Menorandum of Law re27 Opposition to Motion to Set Aside Order of Dismissal. (York, Steve) (Entered: 11/21/2005) |
| 03/16/2006 | 29 | Letter from Jack C. Chilingirian. (York, Steve) (Entered: 03/20/2006) |
| 03/22/2006 |  | Judge Reginald C. Lindsay : ORDER entered denying 25 MOTION to Set Aside Order of Dismissal And Reinstate Cause Of Action For Habeas Relief by Jack C. Chilingirian. It is futile for the court to reopen this case, because the relief sought by the petitioner on the merits is foreclosed by the decision of the United States Court of Appeals, First Circuit in Perez-Olivo v. Chavez, 394 F.3d 45, 53 (1st Cir. 2005). (Lindsay, Reginald) (Entered: 03/22/2006) |
| 03/30/2006 | 30 | Letter from Jack C. Chilingirian. (York, Steve) (Entered: 03/30/2006) |
| 04/18/2006 | 31 | Letter from Jack C. Chilingirian. (York, Steve) (Entered: 04/18/2006) |
| 04/18/2006 | 32 | NOTICE OF APPEAL by Jack C. Chilingirian. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/8/2006. (fee not paid)(York, Steve) (Entered: 04/21/2006) |
| 04/25/2006 | 33 | Letter from Jack Chilingirian. (York, Steve) (Entered: 04/25/2006) |