# MANDATE

## United States Court of Appeals
### For the First Circuit

No. 06-1738

JACK C. CHILINGIRIAN

Petitioner - Appellant

v.

DAVID L. WINN, Warden, Federal Medical Center, Devens

Respondent - Appellee

---

### JUDGMENT

Entered: January 3, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By:_____
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_____
**Deputy Clerk**

Date:

[cc: Jack C. Chilingirian, Jennifer C. Boal, Esq., Dina M. Chaitowitz, AUSA]